501 A.2d 211

**COMMONWEALTH of Pennsylvania**

v.

**Keith W. ZETTLEMOYER, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1985.

Decided Nov. 12, 1985.

Thomas B. Schmidt, III, Harrisburg, for appellant.

Richard A. Lewis, Dist. Atty., William A. Behe, Harrisburg, for appellee.

Before NIX, C.J. and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM:

AND NOW, this 12th day of November, 1985, the order of the Superior Court transferring the above-captioned appeal to this Court is vacated and the matter is remanded to the Superior Court. *See Commonwealth v. Lesko*, 509 Pa. 67, 501 A.2d 200 [1985]. Execution of sentence is stayed

pending final disposition on the merits by the Superior Court.